[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-12832

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

DONDRAEL WEBSTER,
a.k.a. Dondrale Webster,
a.k.a. Dondrell Webster,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

2　　　　　　　　　　Opinion of the Court　　　　　　　23-12832

D.C. Docket No. 2:21-cr-00118-JB-MU-1

————————————

Before BRASHER, ABUDU, and MARCUS, Circuit Judges.

PER CURIAM:

Kristen Rogers, appointed counsel for Dondrael Webster, has moved to withdraw on appeal, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because an independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Webster's convictions and sentences are **AFFIRMED**.